IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JEFFREY RENFROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:17-cv-433 WTL-MJD |
| | ) | |
| IAC GREENCASTLE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATEMENT OF CLAIMS**

Plaintiff, Jeffrey Renfroe, by counsel, hereby makes the following statement regarding the claims to be proven at trial in this matter, and states as follows:

1. Count I – hostile work environment pursuant to Title VII.

Respectfully submitted,

WELDY LAW

/s/ Ronald E. Weldy
Ronald E. Weldy
Counsel for Plaintiff,
Travis Hardwick

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF on this 24th day of August, 2018 to the following:

Thomas J. Gibney - tjgibney@eastmansmith.com

/s/ Ronald E. Weldy
Ronald E. Weldy
Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 203-3000
E-mail: rweldy@weldylegal.com